# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| IN RE | : | |
| | : | Chapter 7 |
| THOMAS R. TAGGART, | : | Case No. 13-41275-EJC |
| | : | |
| Debtor. | : | Judge Edward J. Coleman, III |
| | : | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure, the law firm of Stone & Baxter, LLP hereby files its Notice of Appearance in this proceeding as counsel for **Empire Settlement Funding** in the above-referenced Chapter 7 case. Pursuant to Bankruptcy Rule 2002, Stone & Baxter, LLP respectfully requests that all notices given or required to be given, and all papers served or required to be served in this case, be given to and served upon the following:

Christopher W. Terry, Esq.
Stone & Baxter, LLP
577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 (facsimile)
cterry@stoneandbaxter.com

Respectfully submitted, this 14th day of August, 2013.

STONE & BAXTER, LLP
BY:

Fickling & Co. Building
577 Mulberry Street, Suite 800   */s/ Christopher W. Terry*
Macon, Georgia 31201             Christopher W. Terry
(478) 750-9898                   Georgia Bar No. 702484
(478) 750-9899 *facsimile*
cterry@stoneandbaxter.com        Counsel for Empire Settlement Funding

CERTIFICATE OF SERVICE

This is to certify that I filed the foregoing Notice of Appearance and Request for Service of Papers via the CM/ECF system which sent notice of such filing to the following named party:

Office of the U.S. Trustee
Johnson Square Business Center
2 East Bryan Street, Suite 725
Savannah, Georgia  31401


This 14th day of August, 2013.

STONE & BAXTER, LLP
BY:

*/s/ Christopher W. Terry*
Christopher W. Terry
Georgia Bar No. 702484

Fickling & Co. Building
577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898
(478) 750-9899 *facsimile*
cterry@stoneandbaxter.com         Counsel for Empire Settlement Funding